1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2932

5

6

7
                  IN THE UNITED STATES DISTRICT COURT
8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        ) CR. No. 2:11-cr-00285-MCE
11                                   )
                        Plaintiff,   ) STIPULATION AND ORDER
12                                   )
   v.                                ) DATE: October 13, 2011
13                                   ) TIME: 9:00 a.m.
   LUIS CASTRO,                      ) COURT: Hon. Morrison C. England
14                                   )
                        Defendant.   )
15                                   )
                                     )
16  _____ )

17
        **IT IS HEREBY STIPULATED** by and between Assistant United
18
   States Attorney Paul Hemesath, counsel for Plaintiff, and Danny D.
19
   Brace. Jr., counsel for defendant Luis CASTRO, that the above status
20
   conference be rescheduled from this Court's October 13, 2011,
21
   calendar, and that the matter be re-calendared for December 1, 2011,
22
   at 9:00 a.m.  This request is made jointly by the government and
23
   defense in order to permit time for continued preparation, including
24
   investigation which is currently in progress, and plea negotiations.
25
   The parties stipulate that the ends of justice served by granting the
26
   parties' request outweigh the best interest of the public and CASTRO
27
   in a speedy trial.
28

                                    1

1    IT IS FURTHER STIPULATED that time should be excluded through

2   December 1, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local

3   Code T-4.

4

5   Dated: October 11, 2011            /s/ Paul Hemesath
                                       Paul Hemesath
6                                      Assistant United States Attorney
                                       Counsel for Plaintiff
7
    Dated: October 11 2011             /s/ Danny D. Brace
8                                      Danny D. Brace
                                       Counsel for Defendant
9                                      Luis CASTRO

10

11
                              **O R D E R**
12
        Finding that the interests of justice served by granting this
13
    continuance outweigh the best interests of the public and the
14
    defendant in a speedy trial, **IT IS SO ORDERED.**
15

16
     **Dated: October 13, 2011**
17

18
                                   _____
19                                 **MORRISON C. ENGLAND, JR.**
                                   **UNITED STATES DISTRICT JUDGE**
20

21

22

23

24

25

26

27

28