```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  PAUL A. HEMESATH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2932
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 2:11-cr-00285-MCE |
| Plaintiff, | STIPULATION AND ORDER |
| v. | DATE: January 12, 2012 |
| | TIME: 9:00 a.m. |
| LUIS CASTRO, | COURT: Hon. Morrison C. England |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff, and Danny D. Brace. Jr., counsel for defendant Luis CASTRO, that the above status conference be rescheduled from this Court's January 12, 2012, calendar, and that the matter be re-calendared for February 23, 2012, at 9:00 a.m.  This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations. The parties stipulate that the ends of justice served by granting the parties' request outweigh the best interest of the public and CASTRO in a speedy trial.

1

IT IS FURTHER STIPULATED that time should be excluded through February 23, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

Dated: January 10, 2012  /s/ Paul Hemesath
Paul Hemesath
Assistant United States Attorney
Counsel for Plaintiff

Dated: January 10, 2012  /s/ Danny D. Brace
Danny D. Brace
Counsel for Defendant
Luis CASTRO

**O R D E R**

Finding that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, IT IS SO ORDERED.

Dated: January 11, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE