DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA 95814
(916) 552-6660
Fax: (916) 447-0592

Attorney for Luis Castro

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LUIS CASTRO,<br><br>    Defendant | Case No.: 2:11 CR 00285 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER THEREON |

Plaintiff, United States of America, by and through its counsel of record, and the defendant, Luis Castro, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 6, 2012.

2. By this stipulation, the defendant now moves to continue the status conference until September 27, 2012, and to exclude time between September 6, 2012, and September 27, 2012 under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The parties represent that a plea agreement is outstanding and under discussion.

    b. Counsel for the defendants desire additional time to consult with their respective clients to discuss potential resolutions with their client.

    c. Counsel for the defendants believe that failure to grant the above-requested

continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d.      The government does not object to the continuance.

      e.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

      f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 6, 2012, to September 27, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

    4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

Date: 9-4-12                                 By: /s/ Danny D. Brace, Jr.,
                                                      DANNY D. BRACE, JR.,
                                                      Attorney for
                                                      Luis Castro

| | | |
|---|---|---|
| Date: 9-4-12 | | By:/s/ Paul Hemesath |
| | | Authorized to sign for Mr. Reardon |
| | | On September 4, 2012 |
| | | PAUL HEMESATH |
| | | Assistant U.S. Attorney |

Pursuant to the foregoing stipulation, **IT IS SO ORDERED.**

Dated: September 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE